John A. Bloomingston, for appellant. Irving G. Zazove, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**John F. Fay, appellee, v. Jacob Miller, appellant. Gen. No. 29,301.**

Action by tenant against landlord to recover damages for personal injuries sustained by reason of alleged negligence of defendant in care of stairway. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

Anthony J. Schmidt, for appellant. Harry D. Knight, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**James S. Deming, administrator of the estate of James L. Morris, deceased, appellee, v. City of Chicago, appellant. Gen. No. 29,347.**

Action to recover for death of minor caused by contact with electric wires. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 13, 1925.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**T. V. Beckwith, trading as Snyder-Beckwith Company, appellee, v. David F. Curtin, appellant. Gen. No. 29,380.**

Action to recover commission on sale of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 13, 1925.

James R. Glass and James M. Slattery, for appellant. Mills & Howe, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Charles H. Kaplan, assignee of Central Trust Co. of Illinois, trustee in bankruptcy for John M. Tananewicz, trading as Tananewicz Savings Bank, appellant, v. Paul Norkus and Anna Norkus, appellees. Gen. No. 29,399.**

Suit on promissory note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 13, 1925.

Jaffie & Kaplan, for appellant; Stephen F. Riordan, of counsel. Robert F. Munsell, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

**Samuel P. Luzzo, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 29,439.**

Assumpsit to recover value of certain property deposited in a